

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Harry P. Morgenthau*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*harry.morgenthau@usdoj.gov*

*main:* (973) 645-2700
*direct:* (973) 645-2884
*fax:* (973) 645-2702

June 22, 2026

**BY ECF**
Hon. Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

> **Re:** *Rivera-Espinoza v. Soto,* **No. 26-2700**
> **Consent Request to Close Clase**

Dear Judge Salas:

This Office represents Respondents in the above-referenced matter. We write to update the Court following Respondent's June 3, 2026 letter concerning Petitioner's personal property. Following further discussions between the parties, Petitioner's counsel has informed Respondents that Petitioner consents to the closure of this case. Respondents therefore respectfully request that Your Honor close this case.

Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Harry P. Morgenthau*
HARRY P. MORGENTHAU
Assistant United States Attorney
*Attorneys for Respondents*

cc:    Counsel of record (by ECF)

**SO ORDERED.** The Clerk of Court shall **CLOSE** this matter.

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** June 23, 2026